GORDON, Respondent, v. HAIMOWITZ, Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1902.) Action by Mary Gordon against Joseph Haimowitz. No opinion. Judgment of the municipal court affirmed, with costs.

GRAY, Respondent, v. NEW YORK EL. R. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. May 23, 1902.) Action by Emeline M. Gray against the New York Elevated Railroad Company and another. A. O. Townsend, for appellants. W. G. Peckham, for respondent. No opinion. Judgment affirmed, with costs. See 59 N. Y. Supp. 386.

GREENWALD et al., Respondents, v. WALES, Sheriff, Appellant. (Supreme Court, Appellate Division, Third Department. May 13, 1902.) Action by Joseph Greenwald and another against Augustus G. Wales, as sheriff of Broome county. No opinion. Motion granted.

GREENWICH & J. RY. CO. v. GREENWICH & S. ELECTRIC R. R. et al. (Supreme Court, Appellate Division, Third Department. May 23, 1902.) Application of the Greenwich & Johnsonville Railway Company against the Greenwich & Schuylerville Electric Railroad (Hudson Valley Railway Company answering herein as its successor) and Addie B. Sprague to acquire real property. No opinion. Motion denied, with permission to the appellant to notice the appeal for argument at the day and place to which this term is adjourned.

GREGORY, Respondent, v. CLARK et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 13, 1902.) Action by Theodore M. Gregory against John Clark and others. No opinion. Judgment and order affirmed, with costs.

GRIMES v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. May 20, 1902.) Action by John Grimes against the New York Central & Hudson River Railroad Company. No opinion. Motion denied, with $10 costs, unless within 20 days the plaintiff causes the case and briefs to be served and filed, and $10 costs of this motion paid, in which event the motion is granted.

In re GUDEN. (Supreme Court, Appellate Division, Second Department. April 3, 1902.) In the matter of the application of Charles Guden to compel Norman S. Dike to deliver books and papers.

PER CURIAM. Motion for further stay of proceedings than that already granted at special term denied. Motion for speedy hearing of appeal granted, and appeal set down for hearing on Tuesday, April 8, 1902, at 1 o'clock p. m., provided, however, that the appellant cause the appeal papers to be served on or before Saturday next.

In re GUERIN. (Supreme Court, Appellate Division, Third Department. May 23, 1902.) In the matter of Daniel Guerin, an alleged incompetent person. No opinion. Order affirmed, with $10 costs and disbursements.

In re HALE. (Supreme Court, Appellate Division, Second Department. April 25, 1902.) In the matter of the application of William B. Hale for admission to the bar. No opinion. Application granted.

HALL v. SWANICK. (Supreme Court, Appellate Division, Third Department. May 23, 1902.) Action by Angeline P. Hall, as executrix of Hervey P. Hall, deceased, against James F. Swanick. No opinion. Order affirmed, with $10 costs and disbursements.

In re HALLOCK. (Supreme Court, Appellate Division, Second Department. May 29, 1902.) In the matter of the judicial settlement of the account of George E. Hallock, as executor, etc., of Jeremiah Petty, deceased. No opinion. Decree of the surrogate's court of Suffolk county affirmed, with costs. See 73 N. Y. Supp. 1136.

HANDWERGER, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. April 11, 1902.) Action by Samuel Handwerger against the Metropolitan Street Railway Company. S. Kohn, for appellant. T. H. Lord, for respondent. No opinion. Judgment affirmed, with costs.

HARMS v. BURGARD. (Supreme Court, Appellate Division, Fourth Department. May 20, 1902.) Action by Frank Harms against Henry P. Burgard. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the court of appeals denied.

HART, Respondent, v. BROOKLYN UNION EL. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1902.) Action by Mary Hart, as administratrix, etc., of Daniel S. Hart, deceased, against the Brooklyn Union Elevated Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

HAWE, Respondent, v. NEW YORK, W. & C. TRACTION CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1902.) Action by Matthew Hawe against the New York, Westchester & Connecticut Traction Company.

PER CURIAM. Judgment affirmed, with costs, on authority of Peck v. Railway Co., 170 N. Y. 298, 63 N. E. 357.